# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>GUADALUPE C BACHELIER,<br><br>Debtor. | Chapter 13 Case<br><br>No. 4:17-bk-00661-SHG<br><br>**ORDER GRANTING SECOND MOTION TO EXTEND TIME TO COMPLY WITH THE TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTOR'S THIRD AMENDED CHAPTER 13 PLAN** |

After review of the Debtor's Second Motion to Extend Time to Comply with the Trustee's Objection to Confirmation of the Debtor's Third Amended Chapter 13 Plan (Docket 87) and good cause appearing,

IT IS HEREBY ORDERED that the Debtor shall have additional time to comply with the Trustee's Objection to Confirmation by submitting a proposed stipulated order on confirmation addressing the matters described in such Trustee's Objection to Confirmation or by setting a hearing on the objection on or before August 17, 2019.

**DATED AND SIGNED ABOVE**