**IT IS HEREBY ADJUDGED and DECREED this is DENIED.**

**Dated: October 8, 2019**

_Scott H. Gan, Bankruptcy Judge_

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Chapter 13 Case

GUADALUPE C BACHELIER,  No. 4:17-bk-00661-SHG

Debtor.

**ORDER GRANTING THIRD MOTION TO EXTEND TIME TO COMPLY WITH THE TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTOR'S THIRD AMENDED CHAPTER 13 PLAN**

After review of the Debtor's Third Motion to Extend Time to Comply with the Trustee's Objection to Confirmation of the Debtor's Third Amended Chapter 13 Plan (Docket 87) and good cause appearing.

IT IS HEREBY ORDERED that the Debtor shall have additional time to comply with the Trustee's Objection to Confirmation by submitting a proposed stipulated order on confirmation addressing the matters described in such Trustee's Objection to Confirmation or by setting a hearing on the objection on or before November 4, 2019.

**DATED AND SIGNED ABOVE**