Dianne Crandell Kerns, Trustee
Office of the Chapter 13 Trustee
Mailing Address:
31 North 6th Avenue, Suite105-152
Tucson, AZ 85701
TELEPHONE 520.544.9094
FACSIMILE 520.544.7894
MAIL@DCKTRUSTEE.COM

# United States Bankruptcy Court

## District Of Arizona

| | |
|---|---|
| In re: | ) |
| | ) |
| GUADALUPE C. BACHELIER | ) Case No. 4:17-bk-661-SHG |
| | ) |
| Debtor | ) Chapter 13 |
| | ) |
| Last four digits of Social Security No(s).: 1560 | ) |

*Notice of Return of*
*Proposed Stipulated Order on Confirmation (SOC)*
*Notice of Motion to Dismiss*
*And*
*Notice of Intent to Upload Order Dismissing Case*

Dianne C. Kerns, Trustee for the above-captioned estate, hereby gives notice of return of the proposed Stipulated Order on Confirmation. On 06/01/2020 the Trustee's office sent n email to debtor's counsel stating the below item(s) from the Trustee's evaluation had not been addressed and/or resolved.

1. The Trustee objects to confirmation because Proofs of Claim 1, 2, 4, 15, and 16 state the debtor's name is Lupita C. Bachelier however this name has not been listed as an AKA on the debtor's petition. This objection may be resolved by amending the debtor's petition to add AKA: Lupita C. Bachelier.

To date there has been no resolution regarding these items and, as a result, the SOC is being returned. **Please note that the complete SOC audit has not been completed and will not continue until all items have been addressed and resolved.**

The Trustee reserves the right to raise any further objections that may become apparent at a later date. The Trustee further gives notice that the debtor is required to resolve the above issues, resubmit the Order Confirming Plan to the Trustee and file a Notice with the Court stating the issues have been resolved.

This Notice will serve as the Trustee's Motion to Dismiss the case in the event the above issues are not resolved within 30 days from the date of this Notice.

Pursuant to L.R.B.P. 2084-10(b), the Debtor has 30 days to comply with the Trustee's requests, or the Trustee will upload and serve a proposed dismissal order stating the Debtor has failed to comply with the Trustee's request. If the Debtor is unable to comply with the requirements within 30 days, an extension of time should be requested from the Bankruptcy Court stating the reasons for the delay.

Dated this 17th day of June, 2020.

OFFICE OF THE CHAPTER 13 TRUSTEE
7320 N. La Cholla #154-413
Tucson, AZ 85741

By /s/ DCK 011557
Dianne C. Kerns, Chapter 13 Trustee

A copy of the foregoing **NOTICE OF RETURN OF PROPOSED STIPULATED ORDER ON CONFIRMATION (SOC), NOTICE OF MOTION TO DISMISS AND NOTICE OF INTENT TO UPLOAD ORDER DISMISSING CASE** was filed with the United States Bankruptcy Court and a copy transmitted via electronic or first class mail this 06/17/2020 to:

Guadalupe C. Bachelier
9310 N. Broken Lance Dr.
Tucson, AZ 85742-9007
Debtor

Alan Solot, Esq.
2701 E. Speedway #203
Tucson, AZ 85716
Attorney for Debtor